UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.        Case No: 5:16-cv-175-Oc-30PRL

.419 ACRES OF LAND IN LAKE
COUNTY, FLORIDA, 2.342 ACRES OF
LAND IN SUMTER COUNTY,
FLORIDA, DOYLE C. LEE and
UNKNOWN OWNERS,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal without Prejudice (Doc. 54). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of April, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record